IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CODY LESLIE BURNETT**
**#0035122**                                                                                              **PLAINTIFF**

v.                          No. 3:22-cv-31-DPM

**STEVE FRANKS, Sheriff, Greene County;**
**ROBERT CASE, Admin, Greene County**
**Sheriff's Department; GREENE COUNTY**
**SHERIFF'S DEPARTENT; and ASHLEY**
**WORCESTER, Lt., CID Officer, Greene**
**County Sheriff's Department**                                       **DEFENDANTS**

ORDER

The Court adopts Magistrate Judge Volpe's unopposed recommendation, *Doc. 5*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Burnett's amended complaint, *Doc. 4*, will be dismissed without prejudice for failure to state a claim upon which relief may be granted. The Court recommends that this dismissal count as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 March 2022