IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CODY LESLIE BURNETT
#0035122                                                                                    PLAINTIFF

v.                              No. 3:22-cv-31-DPM

STEVE FRANKS, Sheriff, Greene County;
ROBERT CASE, Admin, Greene County
Sheriff's Department; GREENE COUNTY
SHERIFF'S DEPARTENT; and ASHLEY
WORCESTER, Lt., CID Officer, Greene
County Sheriff's Department                                                          DEFENDANTS

## JUDGMENT

Burnett's amended complaint is dismissed without prejudice.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 March 2022